# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

FILED MAY 14 2024 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA

**Place of Offense:**
- City: Alexandria
- County:

- Under Seal: ☐
- Superseding Indictment: 
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:

- Judge Assigned: CMH
- Criminal No.: 1:24 cr 111
- New Defendant: X
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Dmitry Timashev
- **Alias(es):**
- Juvenile: ☐   FBI No.:
- **Address:** [REDACTED] Manning St., Alexandria, VA 22305
- **Employment:**
- **Birth Date:** [REDACTED]/1965
- **SSN:** [REDACTED]-8953
- **Sex:** Male
- **Race:**
- **Nationality:**
- **Place of Birth:** Russia
- **Height:** 6'1"
- **Weight:** 220 lbs
- **Hair:** Brown
- **Eyes:** Green
- **Scars/Tattoos:**
- ☒ Interpreter   **Language/Dialect:** Russian
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Nate Wenstrup
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☒ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Ronald L. Walutes, Jr.
- **Phone:**
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

SA Michael Gruchacz, Homeland Security Investigations

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 50 U.S.C. § 4801 et seq, | Export Control Reform Act | | |
| Set 2: | 50 U.S.C. § 4819 and 15 C.F.R. § 764.2; | Exporting goods from the U.S. without having first obtained the required license from the U.S. Department of Commerce, Bureau of Industry and Security (BIS) | | |

- **Date:** 5/14/2024
- **AUSA Signature:** *Ronald Walutes*

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 371 | Defraud the U.S. by impairing, impeding, and obstructing the lawful government functions of the U.S. Department of Commerce | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form