RECEIVED
IN OPEN COURT
JUN - 7 2024
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

DMITRY TIMASHEV,

Defendant.

Case No. 1:24-CR-111

# CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From at least in or about July 2020 and continuing until at least in or about April 2023, DMITRY TIMASHEV and others, known and unknown, in the Eastern District of Virginia and elsewhere, knowingly conspired and agreed together and with each other to willfully violate license requirements, orders, regulations, and prohibitions issued under the Export Control Reform Act, 50 U.S.C. § 4801 *et seq*., by exporting firearm parts, components, and ammunition from the Eastern District of Virginia to Russia without first obtaining the required authorization from the U.S. Department of Commerce, Bureau of Industry and Security (BIS) in violation of 50 U.S.C. § 4819 and 15 C.F.R. § 764.2. Therefore, DMITRY TIMASHEV and others, known and unknown, knowingly conspired and agreed together and with each other to defraud the United States by impairing, impeding, and obstructing the lawful government functions of the U.S. Department of Commerce in violation of 18 U.S.C. § 371.

## Ways, Manner, and Means to Accomplish the Conspiracy

The primary purposes of the conspiracy were to export firearm parts, components, and ammunition from the Eastern District of Virginia to co-conspirators in Russia without first obtaining the required authorizations and to defraud the United States by impairing, impeding, and

obstructing the lawful government functions of the U.S. Department of Commerce. The ways, manner, and means by which these purposes were carried out included the following:

1. It was part of the conspiracy that a conspirator located in Russia sent the defendant, DMITRY TIMASHEV, requests to purchase specific firearm parts and ammunition. In exchange, the conspirator paid the school tuition for the DMITRY TIMASHEV's daughter, as well as the rent for DMITRY TIMASHEV's apartment in Ekaterinburg, Russia.

2. It was further part of the conspiracy that DMITRY TIMASHEV purchased the requested firearm parts and ammunition but did not obtain the requisite licenses from the U.S. Commerce Department to export firearm parts or ammunition to Kazakhstan or Russia.

3. It was further part of the conspiracy that DMITRY TIMASHEV intentionally misrepresented on the associated manifests the items he shipped because he knew that he did not have the requisite licenses to export firearm parts or ammunition to Kazakhstan or Russia.

4. It was further part of the conspiracy that the conspirator located in Russia provided DMITRY TIMASHEV with the names and addresses to which the firearm components and ammunition should be sent. Before July 6, 2022, DMITRY TIMASHEV sent all of the packages containing firearm components and/or ammunition to Russia at the request of the conspirator. After the Russian invasion of Ukraine in February 2022, which resulted in increased restrictions on exports, at the conspirator's direction, DMITRY TIMASHEV sent the firearm parts and ammunition to a relative of the

conspirator located in Kazakhstan, where they would be transshipped to the conspirator in Russia.

Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the defendant, DMITRY TIMASHEV, committed overt acts in the Eastern District of Virginia, including, but not limited to, the following:

5. In March 2023, the defendant purchased the following firearm parts, among others: take down levers, magazine catches, magazines, safety levers, and hammer assemblies.
6. Pursuant to instructions given to the defendant by co-conspirator 1, in March 2023, the defendant shipped a parcel to co-conspirator 2 in Kazakhstan from a post office in Alexandria, Virginia. The parcel's manifest stated it contained "10 springs, 8 grips/handles, 6 ball joints." The defendant failed to obtain the required licenses from the Department of Commerce.
7. On or about March 22, 2023, the defendant mailed a package he falsely indicated contained "joint ball shafts parts" to an individual in Kazakhstan, co-conspirator 3. The defendant completed and signed the false customs declaration associated with this package. This package actually contained 700 Berger hybrid OTM tactical rifle bullets. The defendant failed to obtain the required licenses from the Department of Commerce
8. On or about April 27, 2023, the defendant mailed a package to co-conspirator 2 in Kazakhstan at the direction of co-conspirator 1. The defendant falsely indicated the package contained "springs" to obscure its true contents, which included nine AR15 bolt kits and four trigger reset kits. The AR15 bolt kits were comprised of gas rings, an extractor, extractor pins, an extractor spring assembly, a selector spring, an ejector,

and ejector pins. The trigger reset kits were comprised of a "Super Sporting Drop-In Trigger Group with Anti-Walk Pins AR-15 Small Pin. 154" Single Stage Don't Tread on Me Flag." The defendant failed to obtain the required licenses from the Department of Commerce.

(In violation of Title 18, United States Code, Section 371).

FORFEITURE NOTICE

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, DMITRY TIMASHEV is hereby notified that if convicted of the offense charged in the Information, the defendant DMITRY TIMASHEV, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code, Section 2461, the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and (2) any arms or munitions of war or other articles intended to be or are being or have been exported or removed from the United States in violation of law and any, vessels, vehicles, and aircraft which has been or is being used in exporting or attempting to export such arms or munitions of war or other articles.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, DMITRY TIMASHEV, is hereby notified that if convicted of the offense charged in the Information, the defendant, DMITRY TIMASHEV, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(p), the defendant, DMITRY TIMASHEV, shall forfeit substitute property, if, by any act or omission of the defendant, DMITRY TIMASHEV, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C); 21 U.S.C. § 853;
22 U.S.C. § 401; 28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2(a))

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: June 7, 2024

By: ______________________
Ronald L. Walutes, Jr.
Assistant United States Attorney

Matthew G. Olsen
Assistant Attorney General

Date: June 7, 2024

By: ______________________
Tracy Varghese
Trial Attorney
Counterintelligence & Export Control Section
National Security Division